**Order entered December 9, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01390-CV

### IN RE SUGAR RAY FRANKLIN, Relator

**Original Proceeding from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-55114-T**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's November 28, 2016 "application for writ of mandamus."

/s/    ADA BROWN
       JUSTICE